IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

JANNE TUOMAS KYTTANEN,                                    Case No. 6:26-cr-00528-MC

      Petitioner,                                              ORDER

  v.

LAURA ELIZABETH KYTTANEN,

      Respondent.

_____

MCSHANE, Judge:

Petitioner Janne Tuomas Kyttanen brings this action under the Hague Convention on the Civil Aspects of International Child Abduction (the "Convention") and the International Child Abduction Remedies Act, 22 U.S.C. §§ 9001–11, against Respondent Laura Elizabeth Kyttanen. ECF No. 1. On April 28, 2026, the Court held a hearing on the merits of the Petition, but Respondent did not appear with the children as ordered by the Court. ECF No. 29, 30. The Court found Respondent wrongfully removed the children from their country of habitual residence and granted the Petition. The Court also found Respondent in civil contempt and has authorized the U.S. Marshals Service to effectuate transfer of the children to the custody of Petitioner. ECF No. 32. The current location of the children is unknown.

The record in this case indicates Respondent has willfully violated the Court's orders. Respondent was aware of the date of the hearing on the merits of the case as early as March 20,

1 – ORDER

2026, when the Court put in place a temporary restraining order barring Respondent not to remove the Children from the State of Oregon without approval from the Court during the case. ECF No. 6. The Court later entered a Parenting Plan to govern custody of the children during the case and subjecting Petitioner to the same requirements as Respondent regarding removal of the children from the jurisdiction of the Court. ECF No. 11. The Court held status conferences via video on March 30, 2026, and April 6, 2026, in which Respondent appeared. At these status conferences, Respondent acknowledged and was reminded of her responsibilities under the Court's outstanding orders (ECF No. 6, 11) and of the upcoming hearing on the merits of the Petition. Finally, Respondent attended a status conference before Magistrate Judge Amy E. Potter on April 23, 2026. ECF No. 24. There, upon being prompted by Petitioner's counsel and with added emphasis from Judge Potter, Respondent reaffirmed she understood she had to attend the hearing and deliver the children to the Court on April 28, 2026 at 10:00 a.m:

> THE COURT: . . . I will remind Ms. Kyttanen that the children need to be present and you need to be present here in Eugene on [April] 28th as well.
>
> MS. KYTTANEN: Yes. I'm very aware. I'm also aware that the petitioner has already told the children that they're going back to the Netherlands and so am I, even before the trial date has actually happened. I'm very well aware of that. I've also put that in my journal notes which I will now, I guess, figure out how to put forward maybe in a formal setting. I have to reflect on this conversation today and see what my best plan of action is after this.
>
> THE COURT: Okay. Well, I'll just remind you of the Court orders and to file as required by the Court's rules.

2 – ORDER

Despite recognizing her obligations pursuant to the Court's orders, Respondent has deliberately failed to abide by her obligations.

Except as modified by the Findings of Fact and Conclusions of Law (ECF No. 30), the Court's orders remain in effect. Under the Court's outstanding Parenting Plan (ECF No. 11), Respondent shall turn over the children to Petitioner tomorrow, Wednesday, April 29, 2026, at 1:00 p.m. in the parking lot closest to the front entrance of the City of Bend Police Department, 555 NE 15th Street, Bend, OR 97701.

Respondent Laura Elizabeth Kyttanen is hereby ON NOTICE that if she does not comply with the Court's outstanding orders, the Court shall hold her in criminal contempt and she may be referred to the U.S. Attorney's Office for the District of Oregon for potential prosecution. To further effectuate notice on Respondent, the Courtroom Deputy is ORDERED to transmit this Order to Respondent by email to the email address from which Respondent has sent dozens of messages to the Court during this case and to which the Court has previously communicated deadlines.

IT IS SO ORDERED.

DATED this 28th day of April, 2026.

_____/s/ Michael McShane_____
Michael McShane
United States District Judge

3 – ORDER