UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JANNE TUOMAS KYTTANEN,

      Petitioner,

    v.                            Case No.: 6: 26-CV-00528-MC

LAURA ELIZABETH KYTTANEN,          ORDER DISMISSING CONTEMPT
                                        AND WITHDRAWING WARRANT
                                        FOR ARREST

      Respondent.

The above matter came before the Court on April 28, 2026, for bench trial. The Respondent failed to appear for the hearing and provide the minor children as previously ordered by the Court. The Court issued an Order of Contempt and Civil Warrant for Arrest. The Respondent was arrested on 4/28/2026 and the minor children were returned to Petitioner.

The contempt proceeding against Respondent is dismissed and the warrant for arrest is withdrawn. The Respondent can be released from custody and the initial appearance that was to be scheduled for 5/4/2026 at 11:00am is vacated.

As Chief Judge, I am authorizing the court to return the passport of Laura Elizabeth Kyttanen, directly to Respondent, despite the fact it was turned into the Clerk's Office by the U.S. Marshals Service. Respondent can retrieve her passport from the U.S. District Court Clerk's Office, 405 E. 8th Avenue, Room 2100, Eugene, OR  97401. For further instructions on

identification and documentation needed to secure her passport, she should contact the Clerk's

Office by calling 541-431-4100.

IT IS SO ORDERED.

Dated: April 29, 2026.

                                                       MICHAEL J. McSHANE
                                                       UNITED STATES DISTRICT JUDGE